SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
JONATHAN D. DYKSTRA (State Bar No. 258947)
jd@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
SANTANDER CONSUMER USA INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA ROTHE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA INC.; and DOES 1-10,<br><br>Defendants. | Case No. 3:14-cv-00201-L-RBB<br>Hon. M. James Lorenz<br>Ctrm. 5B (Schwartz)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   January 29, 2014<br>Trial Date:    None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Adela Rothe and defendant Santander Consumer USA, Inc., hereby stipulate that this action be dismissed in its entirety with prejudice.

SO STIPULATED.

DATED: August 11, 2014

SEVERSON & WERSON
A Professional Corporation

By: /s/ Jonathan D. Dykstra
Jonathan D. Dykstra

Attorneys for Defendant SANTANDER CONSUMER USA INC.

DATED: August 11, 2014

CROWLEY LAW GROUP

By: /s/ Andre L. Verdun
Andre L. Verdun
Attorneys for Plaintiff ADELA ROTHE

## PROOF OF SERVICE
### Rothe v. Santander Consumer USA
### 3:14-cv-00201-L-RBB

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On August 11, 2014, I served true copies of the following document(s):

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 11, 2014, at Irvine, California.

_____
Lorraine N. Johnson

**SERVICE LIST**
Rothe v. Santander Consumer USA
3:14-cv-00201-L-RBB

Andre L. Verdun, Esq.
*andreverdun@crowleylawgroup.com*

Eric A. LaGuardia, Esq.
*eal@laguardialaw.com*