UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA ROTHE, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>  Defendant. | Case No. 14-cv-201-L(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 11]** |

Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES** the action **WITH PREJUDICE.** [Doc. 11.]

**IT IS SO ORDERED.**

DATED: August 11, 2014

_____
M. James Lorenz
United States District Court Judge